IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **DIANE HABERSTROH,** | : | Case No. 5:22-cv-00187-JDW |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

**ORDER**

**AND NOW**, this 20th day of October, 2022, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 11), the Defendant's Response thereto (Doc. No. 14), Plaintiff's Reply (Doc. No. 15), and the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos (ECF No. 17), and after an independent review of the record, the Court notes as follows:

1. Neither Plaintiff nor the Commissioner filed an objection or response to the Report and Recommendation that Magistrate Judge Carlos issued on September 19, 2022 (ECF No. 17);

2. When the parties do not object to a report and recommendation, the Court reviews the recommendation under a plain error standard (*see Oldrati v. Apfel*, 33 F. Supp.3d 397, 399 (E.D. Pa. 1998)); and

3. The Court has reviewed the record and the Report and Recommendation and finds no error.

Therefore, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **DENIED**.

3. The Clerk of Court shall mark this case closed for statistical purposes.

                                 **BY THE COURT:**

                                 _/s/ Joshua D. Wolson_
                                 JOSHUA D. WOLSON, J.